|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 04/26/2022 |

MARK WINTER, individually and on behalf of all others similarly situated,

       Plaintiff,

    v.

STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,

       Defendants.

No. 22-CV-3088 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On April 14, 2022, Plaintiff filed a class action lawsuit on behalf of a class of investors who purchased or otherwise acquired stock in Stronghold Digital Mining, Inc. pursuant and/or traceable to the registration statement and prospectus issued in connection with Stronghold's October 2021 initial public offering. The complaint alleges violations of Sections 11 and 15 of the Securities Act of 1933.

  Section 77z-1 of the Securities Act requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class--
> (I) of the pendency of the action, the claims asserted therein, and the purported class period; and
> (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 77z-1(a)(3)(A)(i). It also requires that not later than 90 days after the date on which

notice is published, the Court shall consider any motion made by a purported class member in response to the notice and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of the class members.  *See id.* § 77z-1(a)(3)(B)(i).  In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered.  *See id.* § 77z-1(a)(3)(B)(ii).

Members of the purported class therefore have until 60 days from Plaintiff's filing of the required notice to move the Court to serve as lead plaintiffs.  Opposition to any motion for appointment of lead plaintiff shall be served and filed by July 21, 2022.  Accordingly, it is hereby:

ORDERED that a conference shall be held on July 29, 2022 at 4:00 p.m. to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.  Unless the parties request otherwise, the Court will hold this conference by telephone.  The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

IT IS FURTHER ORDERED that the named Plaintiff shall promptly serve a copy of this Order on each of the Defendants.

SO ORDERED.

Dated:      April 26, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge