```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/01/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK WINTER, individually and on behalf of all others similarly situated,

          Plaintiff,

    v.

STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,

          Defendants.

No. 22-CV-3088 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On July 29, 2022, the Court held a conference to discuss the appointment of a lead plaintiff and lead counsel. Four motions for appointment of lead plaintiff had been filed: one by Gulzar Ahmed, one by Edward J. Young, one by Greg R. Stuart, and one by the Allegheny County Employees Retirement System ("ACERS"). On June 23, 2022, June 27, 2022, and July 21, 2022, Mr. Ahmed, Mr. Young, and Mr. Stuart filed notices of non-opposition to the competing motions for appointment as lead plaintiff.

On July 21, 2022, ACERS filed a notice of errata in which it amended its alleged loss amount, now claiming only $59,625.84 in losses. The other movants did not reply to this filing.

Counsel for Mr. Ahmed, Mr. Young, and Mr. Stuart failed to appear at the July 29 conference. Given the recent change to ACERS' loss amount, however, the Court reserved

ruling in order to allow the individual movants an opportunity to respond to ACERS' July 21 filing.

Accordingly, the Court will hold a second hearing on the motions for appointment of lead plaintiff and lead counsel on August 4, 2022 at 4:00 p.m. The dial-in information for the conference is the same as that shared for the July 29 conference. All movants are directed to appear at this conference.

Mr. Ahmed filed a letter today seeking leave to file a supplemental brief renewing his motion for lead plaintiff and withdrawing his notice of non-opposition. By separate order, that application has been granted. By August 3, 2022, Mr. Young and Mr. Stuart shall file letters indicating whether they maintain their positions of non-opposition in light of ACERS' July 21 filing.

SO ORDERED.

Dated:   August 1, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge