```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK WINTER, individually and on behalf of all others similarly situated,

      Plaintiff,

    v.

STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,

      Defendants.

No.  22-CV-3088 (RA)

ORDER APPOINTING CO-LEAD
PLAINTIFFS AND APPROVING
CO-LEAD PLAINTIFFS' SELECTION
OF COUNSEL

---

RONNIE ABRAMS, United States District Judge:

  WHEREAS, the above-captioned securities class action has been filed against defendants Stronghold Digital Mining, Inc., Gregory A. Beard, Ricardo R. A Larroudé, William B. Spence, B. Riley Securities, Inc., Cowen and Company, LLC, Tudor, Pickering, Holt & Co. Securities, LLC, D.A. Davidson & Co., Compass Point Research & Trading, LLC, and Northland Securities, Inc. alleging violations of the federal securities laws;

  WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i), on April 14, 2022, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

  WHEREAS, on June 13, 2022, the Allegheny County Employees' Retirement System ("ACERS") moved the Court to appoint it as Lead Plaintiff and to approve its selection of The Rosen Law Firm, P.A. as Lead Counsel;

WHEREAS, on June 13, 2022, Gulzar Ahmed moved the Court to appoint him as Lead Plaintiff and to approve his selection of Levi & Korsinsky, LLP to serve as Lead Counsel;

For the reasons stated on the record at the August 4, 2022 hearing, IT IS HEREBY ORDERED THAT:

1. Pursuant to Section 27 of the Securities Act of 1933, Gulzar Ahmed and ACERS are appointed as Co-Lead Plaintiffs for the class.

2. Co-Lead Plaintiffs' choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. and Levi & Korsinsky, LLP are appointed as Co-Lead Counsel.

3. Co-Lead Counsel shall manage the prosecution of this litigation. Co-Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to coordinate the examination of any and all witnesses in depositions; (5) to coordinate the selection of counsel to act as spokespersons at all pretrial conferences; (6) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time; (7) to prepare the case for trial; and (8) to engage in settlement negotiations on behalf of Co-Lead Plaintiffs and the class.

The Clerk of Court is respectfully directed to terminate the motions pending at docket numbers 13, 17, 20, and 23.

SO ORDERED.

Dated:   August 4, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge