UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WINTER,<br><br>             Plaintiff,<br><br>    v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>             Defendants. | Case No. 1:22-cv-03088-RA |

### DECLARATION OF CLIFFORD THAU IN SUPPORT OF
### THE STRONGHOLD DEFENDANTS' MOTION TO DISMISS

CLIFFORD THAU declares, pursuant to 28 U.S.C. § 1746:

I am a member of the law firm of Vinson & Elkins LLP ("*Vinson & Elkins*"), attorneys for Defendants Stronghold Digital Mining, Inc. ("*Stronghold*"), Gregory A. Beard, and William B. Spence (collectively, the "*Stronghold Defendants*") and make this declaration in support of the Stronghold Defendants' Motion to Dismiss. The purpose of this declaration is to place before the Court the following documents concerning said motion, the significance of which is explained in the accompanying memorandum of law.

1.      Attached hereto as Exhibit 1 is a true and correct copy of tables originally produced on Nasdaq.com, showing the daily trading prices of Stronghold's Class A Common Stock ("*SDIG*"), with the relevant portions highlighted, for the following date ranges:

- Figure A:  October 20, 2021 to November 9, 2021.

- Figure B:  November 19, 2021 to December 10, 2021.

- Figure C:  December 10, 2021 to January 3, 2022.

- Figure D:  January 10, 2022 to January 28, 2022.

- Figure E:  November 28, 2022 to December 16, 2022.

2.	Attached hereto as Exhibit 2 is a true and correct copy of tables originally produced on Nasdaq.com, showing the daily trading prices of Bitcoin ("*BTC*"), with relevant portions highlighted, for the following date ranges:

- Figure A:  October 6, 2021 to October 23, 2021.

- Figure B:  November 25, 2021 to December 12, 2021.

- Figure C:  December 17, 2021 to January 3, 2022.

- Figure D:  January 18, 2022 to February 4, 2022.

- Figure E:  December 1, 2022 to December 18, 2022.

3.	Attached hereto as Exhibit 3 is a true and correct graph showing the historic prices of SDIG in US dollars per share, starting on the first day of Stronghold's IPO on October 20, 2021, and ranging through December 16, 2022.  By way of comparison, Exhibit 3 also shows the historic prices of BTC in US dollars per share during the same time period.  This graph was compiled by Vinson & Elkins with data from Nasdaq.com.

4.	Attached hereto as Exhibit 4, Excerpt A is a true and correct copy of the Filing Detail page for the Registration Statement filed by Stronghold with the Securities Exchange Commission ("*SEC*") on October 19, 2021, showing the date and time at which the Registration Statement was accepted.  Attached hereto as Exhibit 4, Excerpt B is a true and correct copy of relevant excerpts from the Registration Statement.

5.    Attached hereto as Exhibit 5, Excerpt A is a true and correct copy of the Filing Detail page for the Prospectus filed by Stronghold with the SEC on October 21, 2021, showing the date and time at which the Prospectus was accepted.  Attached hereto as Exhibit 5, Excerpt B is a true and correct copy of relevant excerpts from the Prospectus.

6.    Attached hereto as Exhibit 6, Excerpt A is a true and correct copy of the Filing Detail page for the Press Release filed by AGM Group Holdings Inc. with the SEC on October 21, 2021, showing the date and time at which the Press Release was accepted.  Attached hereto as Exhibit 6, Excerpt B is a true and correct copy of the Press Release.

7.    Attached hereto as Exhibit 7 is a true and correct copy of the transcript of Stronghold's Third Quarter 2021 Earnings Call on November 30, 2021.

Dated:  December 19, 2022



*/s/ Clifford Thau*
Clifford Thau