# EXHIBIT 1

**Figure A.**



**<u>Figure B.</u>**



SDIG Stronghold Digital Mining, Inc. Class A Common Stock

## STRONGHOLD DIGITAL MINING INC  [Copy] [Download CSV]

+ Additional columns

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 12/10/2021 | 17.17 | 17.3245 | 15.84 | 16.71 | 324,915 |
| 12/09/2021 | 18.33 | 18.415 | 16.67 | 16.72 | 239,909 |
| 12/08/2021 | 19.24 | 19.61 | 17.99 | 18.22 | 258,029 |
| 12/07/2021 | 18.34 | 19.84 | 18.11 | 18.8 | 255,282 |
| 12/06/2021 | 17.95 | 18.5 | 16.31 | 17.86 | 383,126 |
| 12/03/2021 | 19.88 | 20.16 | 17.75 | 18.08 | 1,081,778 |
| 12/02/2021 | 17.8 | 19.94 | 17.75 | 19.79 | 556,918 |
| 12/01/2021 | 18.95 | 21.8 | 17.62 | 17.74 | 1,061,941 |
| 11/30/2021 | 17.885 | 18.55 | 16.46 | 17.24 | 794,257 |
| 11/29/2021 | 19.94 | 20.49 | 17.7 | 18.17 | 660,910 |
| 11/26/2021 | 20.5 | 20.5 | 19.25 | 19.44 | 189,381 |
| 11/24/2021 | 20.54 | 22.2 | 19.66 | 20.77 | 256,461 |
| 11/23/2021 | 21.67 | 22.6098 | 19.59 | 20.55 | 494,840 |
| 11/22/2021 | 24.58 | 24.6182 | 21.02 | 21.29 | 426,725 |
| 11/19/2021 | 23.12 | 24.3 | 22.8529 | 24.14 | 183,058 |

© 2021  Chart|IQ  EDGAR ONLINE    1D  5D  1M  3M  6M  1Y  **2Y**  5Y  YTD  All

**Figure C.**



**Figure D.**



**<u>Figure E.</u>**



| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 12/16/2022 | 0.47 | 0.5 | 0.461 | 0.47 | 346,696 |
| 12/15/2022 | 0.49 | 0.5 | 0.47 | 0.4724 | 490,024 |
| 12/14/2022 | 0.5065 | 0.52 | 0.4732 | 0.51 | 528,435 |
| 12/13/2022 | 0.5092 | 0.53 | 0.47 | 0.51 | 982,358 |
| 12/12/2022 | 0.5034 | 0.5215 | 0.4803 | 0.4868 | 990,311 |
| 12/09/2022 | 0.5352 | 0.5352 | 0.5 | 0.509 | 534,917 |
| 12/08/2022 | 0.54 | 0.54 | 0.5001 | 0.5317 | 469,262 |
| 12/07/2022 | 0.5555 | 0.5412 | 0.5008 | 0.5135 | 675,471 |
| 12/06/2022 | 0.69 | 0.6948 | 0.51 | 0.5101 | 2,106,894 |
| 12/05/2022 | 0.7089 | 0.72 | 0.6776 | 0.6838 | 568,568 |
| 12/02/2022 | 0.69 | 0.709 | 0.67 | 0.682 | 735,762 |
| 12/01/2022 | 0.74 | 0.7423 | 0.684 | 0.6935 | 847,473 |
| 11/30/2022 | 0.7825 | 0.7825 | 0.7 | 0.73 | 587,230 |
| 11/29/2022 | 0.785 | 0.785 | 0.7201 | 0.74 | 429,743 |
| 11/28/2022 | 0.82 | 0.8399 | 0.74 | 0.7617 | 471,424 |