# EXHIBIT 2

**Figure A.**



BTC > BTC HISTORICAL DATA

# BTC Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ↓

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 10/23/2021 | 61253.3 | N/A | 61133.6 | 61469.9 | 60829.3 |
| 10/22/2021 | 61162.7 | N/A | 62840.3 | 61243.3 | 60434.1 |
| 10/21/2021 | 63145 | N/A | 65070.5 | 63305.5 | 62152.8 |
| 10/20/2021 | 64998.5 | N/A | 63847.2 | 66004.7 | 64125.9 |
| 10/19/2021 | 63918.7 | N/A | 62603.8 | 64343.4 | 63750.8 |
| 10/18/2021 | 62643.6 | N/A | 62126.1 | 62954 | 61692.9 |
| 10/17/2021 | 62055.5 | N/A | 61133.8 | 62563.5 | 61415.4 |
| 10/16/2021 | 61159 | N/A | 61624 | 61333.9 | 60511.2 |
| 10/15/2021 | 61426.5 | N/A | 59435.5 | 61736.8 | 61123.2 |
| 10/14/2021 | 59323.5 | N/A | 58071.6 | 59417.7 | 56874.8 |
| 10/13/2021 | 58168.4 | N/A | 56279.9 | 58506.5 | 57149.8 |
| 10/12/2021 | 56297.4 | N/A | 56673.3 | 56537.3 | 55845.3 |
| 10/11/2021 | 56704.4 | N/A | 56505.4 | 57480.6 | 56438.3 |
| 10/10/2021 | 56534.9 | N/A | 55076.9 | 56681.6 | 54457.8 |
| 10/09/2021 | 54868.6 | N/A | 54583.6 | 55169.9 | 54100.8 |
| 10/08/2021 | 54637.5 | N/A | 53802.5 | 54681.9 | 53711.7 |
| 10/07/2021 | 53810.6 | N/A | 54818.2 | 54418.1 | 53716.1 |
| 10/06/2021 | 54966.6 | N/A | 51537.3 | 55325.2 | 54162.7 |

‹    1    ...    22    23    **24**    25    26    ...    73    ›

**Figure B.**



**Figure C.**



**Figure D.**



**Figure E.**

