# EXHIBIT 3



**Source:** Data used to create trend line for SDIG was found at NASDAQ, *SDIG Advanced Charting*, https://www.nasdaq.com/market-activity/stocks/sdig/advanced-charting (last visited Dec. 19, 2022). Data used to create the trendline for BTC was found at NASDAQ, *BTC Historical Data*, https://www.nasdaq.com/market-activity/cryptocurrency/btc/historical (last visited Dec. 19, 2022).