**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WINTER,<br><br>      Plaintiff,<br><br>  v.<br><br>STRONGHOLD DIGITAL MINING, INC.,<br>GREGORY A. BEARD, RICARDO R. A<br>LARROUDÉ, WILLIAM B. SPENCE, B.<br>RILEY SECURITIES, INC., COWEN AND<br>COMPANY, LLC, TUDOR, PICKERING,<br>HOLT & CO. SECURITIES, LLC, D.A.<br>DAVIDSON & CO., COMPASS POINT<br>RESEARCH & TRADING, LLC, and<br>NORTHLAND SECURITIES, INC.,<br><br>      Defendants. | Case No. 1:22-cv-03088-RA |

**JOINDER OF**
**STRONGHOLD DEFENDANTS' MOTION TO DISMISS**

Ricardo R. A. Larroudé ("Defendant Larroudé"), by and through his attorneys, Faegre Drinker Biddle & Reath LLP, without waiving but expressly preserving all available defenses and objections, hereby joins in the motion of Defendants Stronghold Digital Mining, Inc. ("*Stronghold*"), Gregory A. Beard, and William B. Spence (the "*Individual Defendants*," and collectively with Stronghold the "*Stronghold Defendants*") to dismiss the amended complaint filed by co-lead plaintiffs Gulzar Ahmed and Allegheny County Employees' Retirement System ("*Plaintiffs*"). Defendant Larroudé joins the Stronghold Defendants' Motion to Dismiss (Dkt. 54) and supports the arguments made in the Memorandum of Law (Dkt. 56).

December 19, 2022                        Respectfully submitted,

                                         **FAEGRE DRINKER BIDDLE & REATH LLP**


                                         */s/ Sandra D. Grannum*
                                         Sandra D. Grannum
                                         Lucy N. Onyeforo
                                         1177 Avenue of the Americas
                                         41st Floor
                                         New York, NY 10036-2714
                                         Telephone:  (212) 248-3140
                                         Facsimile:  (212) 248-3141
                                         Email:  Sandra.grannum@faegredrinker.com
                                         Email:  Lucy.onyeforo@faegredrinker.com


                                         *Attorneys for Defendant Ricardo R. A. Larroudé*

2