UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WINTER,<br><br>                Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>                Defendants. | Case No. 1:22-cv-03088-RA<br><br>Hon. Ronnie Abrams<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF UNDERWRITER DEFENDANTS' MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Amended Class Action Complaint On Behalf of the Underwriter Defendants, and the motion papers of Defendants Stronghold Digital Mining, Inc., Gregory A. Beard, and William B. Spence (the "Stronghold Defendants"), which are hereby incorporated by reference, Defendants B. Riley Securities, Inc., Cowen and Company, LLC, Tudor, Pickering, Holt & Co. Securities, LLC, D.A. Davidson & Co., Compass Point Research & Trading, LLC, and Northland Securities, Inc. (collectively, the "Underwriter Defendants") move this Court for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Amended Class Action Complaint with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated:  December 19, 2022

WILLKIE FARR & GALLAGHER LLP

By: */s/ Jeffrey B. Korn*_____
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019-6099
(212) 728-8000
jkorn@willkie.com

*Attorneys for the Underwriter Defendants*