**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WINTER,<br><br>    Plaintiff,<br><br>        vs.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>    Defendants. | Case No. 1:22-cv-03088-RA |

**DECLARATION OF DAVID A. HOFFMAN IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

I, David A. Hoffman, hereby declare as follows:

1.    I am admitted to practice in this Court.  On May 13, 2022, I filed a Notice of Appearance (ECF Doc. No. 10) on behalf of Defendants Stronghold Digital Mining, Inc., Gregory A. Beard, and William B. Spence in the above-captioned case.

2.    February 17, 2023 is my last day as a Senior Associate with Vinson & Elkins LLP.

3.    Defendants Stronghold Digital Mining, Inc., Gregory A. Beard, and William B. Spence shall continue to be represented by the remaining counsel of record from Vinson & Elkins LLP.

4.    For the reasons set forth herein, and under Local Civil Rule 1.4, I respectfully request the Court withdraw my appearance as counsel for Defendants Stronghold Digital Mining, Inc., Gregory A. Beard, and William B. Spence.

Dated:  February 16, 2023

VINSON & ELKINS LLP

*/s/ David A. Hoffman*
David A. Hoffman
1114 Avenue of Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
*Email:* dhoffman@velaw.com

*Counsel for Stronghold Digital Mining, Inc.,*
*Gregory A. Beard, and William B. Spence*