**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
Andrew Lencyk
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: alencyk@zlk.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Jonathan Stern
275 Madison Avenue, 40th Floor
New York, NY 10006
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: jstern@rosenlegal.com
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*
*Gulzar Ahmed and the Allegheny County*
*Employees' Retirement System*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>Defendants. | Case No. 1:22-cv-03088-RA<br><br>**DECLARATION OF JONATHAN STERN IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

1

I, Jonathan Stern, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.      I am an attorney at The Rosen Law Firm, P.A., Co-Lead Counsel for Lead Plaintiffs, ("Plaintiffs"). I make this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, dated February 17, 2023, and filed herewith. I make this declaration solely to transmit documents to the Court.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:  AGM Press Release dated October 21, 2021

Exhibit 2: Historical bitcoin prices from NASDAQ.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of February, 2023

/s/ Jonathan Stern
Jonathan Stern

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Jonathan Stern