# EXHIBIT 2

BTC    BTC HISTORICAL DATA

# BTC Historical Data

1M      6M      YTD      1Y      5Y      MAX

DOWNLOAD DATA

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 11/01/2021 | 61098.7 | N/A | 59952.3 | 61523.4 | 60651.5 |
| 10/31/2021 | 60086.2 | N/A | 61699.2 | 61733.9 | 60019.3 |
| 10/30/2021 | 61648.6 | N/A | 61667.6 | 62393.7 | 61617.3 |
| 10/29/2021 | 61707.2 | N/A | 61661.1 | 62338.5 | 61646.6 |
| 10/28/2021 | 61558.1 | N/A | 58791.6 | 62009.1 | 60322.2 |
| 10/27/2021 | 58791.1 | N/A | 60536.2 | 58946.1 | 58128.1 |
| 10/26/2021 | 60708.6 | N/A | 62738.2 | 60830.4 | 60159.3 |
| 10/25/2021 | 62688.4 | N/A | 61955.9 | 63275.1 | 62647.9 |
| 10/24/2021 | 62094.3 | N/A | 61197.5 | 62214.4 | 60655.8 |
| 10/23/2021 | 61253.3 | N/A | 61133.6 | 61469.9 | 60829.3 |
| 10/22/2021 | 61162.7 | N/A | 62840.3 | 61243.3 | 60434.1 |
| 10/21/2021 | 63145 | N/A | 65070.5 | 63305.5 | 62152.8 |
| 10/20/2021 | 64998.5 | N/A | 63847.2 | 66004.7 | 64125.9 |
| 10/19/2021 | 63918.7 | N/A | 62603.8 | 64343.4 | 63750.8 |
| 10/18/2021 | 62643.6 | N/A | 62126.1 | 62954 | 61692.9 |
| 10/17/2021 | 62055.5 | N/A | 61133.8 | 62563.5 | 61415.4 |
| 10/16/2021 | 61159 | N/A | 61624 | 61333.9 | 60511.2 |
| 10/15/2021 | 61426.5 | N/A | 59435.5 | 61736.8 | 61123.2 |

1    ...    25    26    27    28    29    ...    77

# BTC Historical Data

1M   6M   YTD   1Y   5Y   MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 04/14/2022 | 40155 | N/A | 41332 | 40173 | 39781 |
| 04/13/2022 | 41314 | N/A | 40071 | 41494 | 41062 |
| 04/12/2022 | 40095 | N/A | 39717 | 40267 | 39581 |
| 04/11/2022 | 39695 | N/A | 42108 | 39845 | 39293 |
| 04/10/2022 | 42079 | N/A | 42783 | 42418 | 41791 |
| 04/09/2022 | 42786 | N/A | 42391 | 42893 | 42605 |
| 04/08/2022 | 42419 | N/A | 43612 | 42468 | 42129 |
| 04/07/2022 | 43572 | N/A | 43326 | 43697 | 43304 |
| 04/06/2022 | 43297 | N/A | 45180 | 43559 | 42747 |
| 04/05/2022 | 45228 | N/A | 46654 | 45512 | 44417 |
| 04/04/2022 | 46622 | N/A | 46025 | 46788 | 46430 |
| 04/03/2022 | 46110 | N/A | 45962 | 46442 | 45772 |
| 04/02/2022 | 46201 | N/A | 46366 | 47212 | 45641 |
| 04/01/2022 | 46541 | N/A | 44597 | 47212 | 46096 |
| 03/31/2022 | 44525 | N/A | 47100 | 45652 | 44261 |
| 03/30/2022 | 47109 | N/A | 47470 | 47438 | 46980 |
| 03/29/2022 | 47475 | N/A | 47347 | 47475 | 46601 |
| 03/28/2022 | 47350 | N/A | 47060 | 47631 | 47087 |

1   ...   16   17   18   19   20   ...   77