UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WINTER,<br><br>  Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>  Defendants. | No. 22-cv-3088 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Oral argument on the motions to dismiss in this matter shall be held on June 13, 2023 at 4:00 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated:   May 24, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge