**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WINTER,<br><br>　　　Plaintiff,<br><br>　　　　　vs.<br><br>STRONGHOLD DIGITAL MINING, INC.,<br>GREGORY A. BEARD, RICARDO R. A<br>LARROUDÉ, WILLIAM B. SPENCE, B.<br>RILEY SECURITIES, INC., COWEN AND<br>COMPANY, LLC, TUDOR, PICKERING,<br>HOLT & CO. SECURITIES, LLC, D.A.<br>DAVIDSON & CO., COMPASS POINT<br>RESEARCH & TRADING, LLC, and<br>NORTHLAND SECURITIES, INC.,<br><br>　　　Defendants. | Case No. 1:22-cv-03088-RA |

**DECLARATION OF CLIFFORD THAU IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

I, Clifford Thau, hereby declare as follows:

1.　　I am admitted to practice in this Court.  On May 13, 2022, I filed a Notice of Appearance (ECF Doc. No. 6) on behalf of Defendants Stronghold Digital Mining, Inc., Gregory A. Beard, and William B. Spence in the above-captioned case.

2.　　December 31, 2023 is my last day as a Partner with Vinson & Elkins LLP.

3.　　Defendants Stronghold Digital Mining, Inc., Gregory A. Beard, and William B. Spence shall continue to be represented by the remaining counsel of record from Vinson & Elkins LLP.

4.　　For the reasons set forth herein, and under Local Civil Rule 1.4, I respectfully request the Court withdraw my appearance as counsel for Defendants Stronghold Digital Mining, Inc., Gregory A. Beard, and William B. Spence.

2

Dated:  December 27, 2023

VINSON & ELKINS LLP

*/s/ Clifford Thau*
Clifford Thau
1114 Avenue of Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0012
Facsimile: (212) 237-0100
*Email: cthau*@velaw.com

*Counsel for Stronghold Digital Mining, Inc.,*
*Gregory A. Beard, and William B. Spence*