**THE ROSEN LAW FIRM, P.A.**
Jonathan Stern
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, NY 10006
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: jstern@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*
*the Allegheny County Employees'*
*Retirement System*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>               Defendants. | Case No. 1:22-cv-03088-RA<br><br>**DECLARATION OF JONATHAN STERN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

2

I, Jonathan Stern, declare the following pursuant to 28 U.S.C. §1746:

1.      I am an attorney at The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff in the above-captioned action. I am over 18 years of age and am admitted to practice law in this Court. I submit this declaration in support of Lead Plaintiff's Motion for Class Certification.

2.      Attached as Exhibit 1 is a true and correct copy of the Declaration of the Allegheny County Employees' Retirement System ("ACERS") in Support of Class Certification.

3.      Attached as Exhibit 2 is a true and correct copy of the firm resume of The Rosen Law Firm, P.A.

4.      I have reviewed ACERS' trading records. ACERS purchased Stronghold Digital Mining, Inc.'s Class A common stock from an underwriter in the IPO on the date of the IPO at the IPO price.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2024 in New York, NY.

/s/Jonathan Stern
Jonathan Stern

2