**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>    Defendants. | Case No. 1:22-cv-03088-RA |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

1

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Allegheny County Employees Retirement System ("Plaintiff"), through its undersigned attorneys, respectfully move this Court, the Honorable Ronnie Abrams, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, NY 10007, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiff and Settling Defendant as set forth in the Stipulation and Agreement of Settlement ("Stipulation") submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement (the "Settlement Hearing").

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, and Plaintiff's supporting Memorandum of Law, each filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the entry of the [Proposed] Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement ("Proposed Order"), but otherwise takes no position on this motion. Accordingly, Plaintiff requests that the Court enter the Proposed Order, also attached as Exhibit A to the Stipulation, submitted herewith.

Dated: November 8, 2024					Respectfully submitted,

						**THE ROSEN LAW FIRM, P.A.**

						/s/ Jonathan Stern
						Laurence Rosen
						Jonathan Stern
						Michael Cohen
						Phillip C. Kim
						The Rosen Law Firm, P.A.
						275 Madison Avenue, 40th Fl.
						New York, New York 10016

						*Counsel for Plaintiff and the Proposed Settlement Class*