**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A. LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC., <br><br> Defendants. | Case No. 1:22-cv-03088-RA |

**PROOF OF CLAIM AND RELEASE**

**A.  GENERAL INSTRUCTIONS**

1.      To recover as a member of the Settlement Class based on your claims in the class action entitled *Winter v. Stronghold Digital Mining Inc. et al.,* Case No. 1:22-cv-03088-RA (S.D.N.Y.) (the "Action"), you must complete and, on page __ below, sign this Proof of Claim and Release form ("Claim Form").  If you fail to submit a timely and properly addressed (as explained in paragraph 2 below) Claim Form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement of the Action.  Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Action.

2.      **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/STRONGHOLD NO LATER THAN 11:59 P.M. ET _____ 2024, OR, IF MAILED, BE POSTMARKED OR RECEIVED NO LATER THAN _____, 2024, ADDRESSED AS FOLLOWS**:

*Stronghold Securities Settlement*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205

Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

3.      If you are a member of the Settlement Class, and you do not timely request exclusion from the Settlement Class, you are bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.  RECEIPT OF THIS CLAIM FORM DOES NOT MEAN YOU ARE A MEMBER OF THE SETTLEMENT CLASS.

## B.  CLAIMANT IDENTIFICATION

4.      If you purchased or otherwise acquired Stronghold Class A common stock  on or before December 20, 2021, pursuant and/or traceable to the Offering Documents issued in connection with the Class A common stock initial public offering in October 2021, and held the shares in your name, you are the beneficial purchaser as well as the record purchaser.  However, if you purchased or otherwise acquired Stronghold Class A common stock through a third party, such as a brokerage firm, you are the beneficial purchaser and the third party is the record purchaser.

5.      Use **Part I** of this form entitled "Claimant Identification" to identify each beneficial owner of Stronghold Class A common stock whose ownership forms the basis of this claim.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNER(S) OR THE LEGAL REPRESENTATIVE OF SUCH OWNER(S).  All joint owners must sign this claim.

6.      Executors, administrators, guardians, conservators, custodians, trustees, and legal representatives must complete and sign this Claim Form on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of the claim or result in rejection of the claim.

## C.  IDENTIFICATION OF TRANSACTIONS

7.      Use **Part II** of this form entitled "Schedule of Transactions in Stronghold Class A common stock" to supply all required details of your transaction(s) in Stronghold Class A common stock.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

8.      On the schedules, provide all of the requested information with respect to your purchases/acquisitions and all of your sales of Stronghold Class A common stock from October 19, 2021 through March 30, 2022, whether such transactions resulted in a profit or a loss.  You must also provide all of the requested information with respect to all of the shares of Stronghold Class A common stock you held at the close of trading on March 30, 2022. Failure to report all such transactions may result in the rejection of your claim.

9.      Copies of broker confirmations or other documentation of your transactions in Stronghold Class A common must be attached to your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim. **THE CLAIMS ADMINISTRATOR AND THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN STRONGHOLD CLASS A COMMON STOCK.**

10.     NOTICE REGARDING INSTITUTIONAL FILERS:   Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. (This is different than the online claim portal on the Settlement website.)  To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.strategicclaims.net/Stronghold, or you may email the Claims Administrator's electronic filing department at efile@strategicclaims.net.  **Any file not in accordance with the required electronic filing format will be subject to rejection.**  All Representative Filers MUST also submit a manually signed Claim Form for each Settlement Class Member, as well as proof of authority to file, along with the electronic spreadsheet format.  Only one claim should be submitted for each separate legal entity, sub-accounts should be rolled up into a parent account if the sub-accounts contain the same tax identification number, and the *complete* name of the beneficial owner of the securities must be entered where called for.  No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive the confirmation email. If you do not receive such an email within 10 days after your submission, you should contact the electronic filing department at efile@strategicclaims.net to inquire about your file and confirm it was received.**

11.     NOTICE REGARDING ELECTRONIC FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/Stronghold.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator before filing.  You will receive an automated e-mail confirming receipt once your Claim Form has been submitted.  If you are unsure whether you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004.  If you are not a Representative Filer but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

## PART I – CLAIMANT IDENTIFICATION

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner Name

| Co-Beneficial Owner Name | | |
|---|---|---|
| Address 1 (Street Name and Number) | | |
| Address 2 (apartment or unit number) | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Telephone Number (home) | Telephone Number (work) | |
| Email Address | | |
| Account Number (if filing for multiple accounts, file a separate Claim Form for each account) | | |
| Last Four Digits of Social Security Number (for individuals): | OR | Last Four Digits of Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

Claimant Account Type (check appropriate box):

- ☐ Individual (includes joint owner accounts)   ☐ Pension Plan   ☐ Trust
- ☐ Corporation   ☐ Estate
- ☐ IRA/401K   ☐ Other _____ (please specify)

## PART II – SCHEDULE OF TRANSACTIONS IN STRONGHOLD CLASS A COMMON STOCK

| 1. **BEGINNING HOLDINGS.** – State the total number of Stronghold Class A common stock held as of the opening of trading on October 20, 2021.  (Must be documented.)  If none, write "zero" or "0."  _____ (It is unlikely that you will have an opening position given that the IPO occurred on or about October 20, 2021.) | Confirm Proof of Position  Enclosed ○ |
|---|---|

| 2. **PURCHASES/ACQUISITIONS FROM OCTOBER 19, 2021 THROUGH MARCH 30, 2022** –Separately list each and every purchase/acquisition of Stronghold Class A common stock from after the opening of trading on October 20, 2021 through and including the close of trading on March 30, 2022.  (Must be documented.) | | | | |
|---|---|---|---|---|
| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquistion Enclosed |
| /    / | | $ | $ | ○ |

| / / | | $ | $ | ○ |
|---|---|---|---|---|
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |

| **3. SALES FROM OCTOBER 19, 2021 THROUGH MARCH 30, 2022** – Separately list each and every sale of Stronghold Class A common stock from after the opening of trading on October 20, 2021 through and including the close of trading on March 30, 2022. (Must be documented.) | | | | **IF NONE, CHECK HERE**<br>○ |
|---|---|---|---|---|
| Date of Sale<br>(List Chronologically)<br>(Month/Day/Year) | Number of<br>Shares Sold | Sale Price<br>Per Share | Total Sale Price<br>(excluding taxes,<br>commissions, and fees) | Confirm Proof<br>of Sale Enclosed |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |

| **4. HOLDINGS AS OF THE CLOSE OF TRADING ON MARCH 30, 2022** – State the total number of Stronghold Class A common stock held as of the close of trading on March 30, 2022. (Must be documented.) If none, write "zero" or "0." _____ | Confirm Proof of<br>Position Enclosed<br>○ |
|---|---|

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS, PLEASE PHOTOCOPY THIS PAGE, WRITE YOUR NAME, AND CHECK THIS BOX:** ☐

## PART III – SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

**YOU MUST READ AND SIGN THE RELEASE BELOW. FAILURE TO SIGN MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

1. I (We) submit this Claim Form under the terms of the Stipulation and Agreement of Settlement, dated _____, 2024 (the "Stipulation"). I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action. I (We) agree to furnish additional information to the Claims Administrator to support this claim (including transactions in other Stronghold securities) if requested to do so. I (We) have not submitted any other claim in the Action covering the same transactions in Stronghold Class A common stock during the Relevant Period and know of no other person having done so on my (our) behalf.

2.      I (We) hereby warrant and represent that I am (we are) a Settlement Class Member(s) as defined above, and that I am (we are) not excluded from the Settlement Class.

3.      I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Plaintiff's Claims each and all of the Released Defendant Parties, both as defined in the Stipulation.  This release shall be of no force or effect unless and until the Court approves the Settlement and the Settlement becomes effective on the Effective Date (as defined in the Stipulation).

4.      I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

5.      I (We) hereby warrant and represent that I (we) have included the information requested about all of my (our) transactions in Stronghold Class A common stock that are the subject of this claim, as well as the opening and closing positions in such securities held by me (us) on the dates requested in this Claim Form.

6.      I (We) certify that I am (we are) not subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code. (Note: If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this _____ day of _____, in _____, _____.
                                    (Month / Year)                        (City)              (State/Country)


_____          _____
Signature of Claimant                                              Signature of Joint Claimant, if any


_____          _____
Print Name of Claimant                                            Print Name of Joint Claimant, if any


_____
(Capacity of person(s) signing, *e.g.*, Beneficial Owner, Executor or Administrator)

- 7 -

## ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.  THANK YOU FOR YOUR PATIENCE.

Reminder Checklist:

1. Please sign the above release and acknowledgement.

2. If this claim is being made on behalf of Joint Claimants, then both must sign.

3. Remember to attach copies of supporting documentation, if available.

4. **Do not send** originals of certificates.

5. Keep a copy of your Claim Form and all supporting documentation for your records.

6. If you desire an acknowledgment of receipt of your Claim Form, please send it Certified Mail, Return Receipt Requested.

7. If you move, please send your new address to:

    *Stronghold Securities Litigation*
    c/o Strategic Claims Services
    P.O. Box 230,
    600 N. Jackson Street, Suite 205
    Media, PA 19063
    info@strategicclaims.net

8. **Do not use red pen or highlighter** on the Claim Form or supporting documentation.

- 7 -