***THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.***
***PLEASE VISIT WWW.STRATEGICCLAIMS.NET/STRONGHOLD FOR MORE INFORMATION.***

Case 1:22-cv-03088-RA-GS    Document 121-6    Filed 11/08/24    Page 1 o

Plaintiff in the class action *Winter v. Stronghold Digital Mining, Inc. et al.,* Case No. 1:22-cv-03088-RA (S.D.N.Y.) has reached a proposed settlement of the claims against Defendants. If approved, the Settlement will resolve a lawsuit in which Plaintiff alleged violations of Sections 11, 12(a)(2) and 15 of the Securities Act of 1933. Settling Defendants deny any liability or wrongdoing. You received this Postcard Notice because you, or an investment account for which you serve as a custodian, may be a member of the following Settlement Class**: all persons and entities who or which purchased or otherwise acquired Stronghold Class A common stock on or before December 20, 2021, pursuant and/or traceable to the Offering Documents issued in connection with the Class A common stock initial public offering in October 2021, and were damaged thereby.**

Pursuant to the Settlement, Settling Defendants will pay $4,750,000 and the dollar value of 25 Bitcoins. This amount, plus accrued interest, after deduction of Court-awarded attorneys' fees and expenses, award to lead Plaintiff, Notice and Administration Expenses, and Taxes, will be allocated among Settlement Class Members who submit valid claims, in exchange for the settlement of the Action and the release of all claims asserted in the Action and related claims. **For additional information regarding the Settlement and procedures, please review the full long-form Notice available at the Settlement website, www.strategicclaims.net/Stronghold.** Your *pro rata* share of the Settlement proceeds will depend on the number of valid claims submitted, and when you purchased shares of Class A common stock. If all Settlement Class Members participate in the Settlement, the estimated average recovery will be $.85 per allegedly damaged share before deduction of Court-approved attorneys' fees, litigation expenses and award to Lead Plaintiff, and approximately $.53 after such deductions. Your share of the Settlement proceeds will be determined by the plan of allocation set forth in the Notice, or such other plan that may be approved by the Court.

**To qualify for payment, you must submit a timely and valid Claim Form. Receipt of this Postcard does not mean you are eligible.** The Claim Form can be found at www.strategicclaims.net/Stronghold, or you can request that one be mailed to you. You can also submit a claim online via the Settlement website. **Claim Forms must be postmarked (if mailed), or submitted online, by \_\_\_\_\_, 2024. If you do not want to be legally bound by any releases, judgments or orders in the Action, you must exclude yourself from the Settlement Class by _____, 2024.** If you exclude yourself, you may be able to sue Defendants about the claims being settled, but you cannot get money from the Settlement. **If you want to object to any aspect of the Settlement, you must file and serve an objection by _____, 2024**. The Notice provides instructions on how to submit a Claim Form, exclude yourself, or object, and you must comply with all of the instructions in the Notice.

The Court will hold a hearing on **_____, 2024 at \_\_\_\_p.m.**, to consider, among other things, whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to one-third of the Settlement Fund in attorneys' fees, plus interest, litigation expenses of no more than $250,00, plus interest, and a Lead Plaintiff award of no more than $10,000. You may attend the hearing and ask to be heard by the Court, but you do not have to.

*Stronghold Securities Settlement*
*c/o Strategic Claims Services*
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

### *COURT-ORDERED LEGAL NOTICE*

*Winter v. Stronghold Digital Mining Inc. et al.,*
Case No. 1:22-cv-03088-RA (S.D.N.Y.).

**Your legal rights may be affected by this securities class action settlement. You may be eligible for a cash payment. Please read this postcard carefully.**

**For more information, please:**
**visit www.strategicclaims.net/Stronghold.**
**call: 1-866-274-4004,**
**email: info@strategicclaims.net**