

Jonathan Stern, Esq.
jstern@rosenlegal.com

December 10, 2024

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
Daniel Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Gary Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007

     Re:    Winter v. Stronghold Digital Mining, Inc., et al., No. 22 Civ. 3088 (S.D.N.Y. Apr. 14, 2022).

Your Honors:

     We represent Lead Plaintiff Allegheny County Employees' Retirement System (the "Lead Plaintiff"). We write on behalf of all parties in this matter. The parties write in connection with the status conference currently scheduled for December 13, 2024 (Dkt. No. 87) and Plaintiff's pending Unopposed Motion for Preliminary Approval. Dkt No. 119. Given the pendency of the motion for preliminary approval, the parties request the Court adjourn the currently scheduled hearing, and subsequent discovery deadlines in this matter, *sin die*, pending determination of the approval of settlement in this matter. In the alternative, the parties request that the currently scheduled hearing be converted into a hearing on the pending Motion for Preliminary Approval.

     The Plaintiffs have conferred with counsel for Defendants Stronghold Digital Mining, Inc., Gregory A. Beard, and William B. Spence (the "Stronghold Defendants"), as well as counsel for B. Riley Securities Inc., Cowen and Company, LLC, Tudor, Pickering, Holt & Co. Securities, LLC, D.A. Davidson & Co., Compass Point Research & Trading, LLC, Northland Securities, Inc., and Ricardo R. A. Larroudé. All parties join in this request.

Respectfully submitted,

*/s/ Jonathan Stern*
Jonathan Stern, Esq.

cc: All counsel of record by ECF

Application granted. The conference previously scheduled for December 13, 2024 and all discovery deadlines are hereby adjourned *sine die*.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 11, 2024