**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A. LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>                Defendants. | Case No. 1:22-cv-03088-RA |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF**
**<u>EXPENSES, AND AWARD TO PLAINTIFF</u>**

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A., appointed by the Court as Lead Counsel for purposes of the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff Allegheny County Employees Retirement System ("Plaintiff") and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and an Award to Plaintiff, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated November 8, 2024 (the "Stipulation") (Dkt. No. 121); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the final approval hearing on April 11, 2025, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.      Lead Counsel is awarded one-third of the Settlement Fund or $1,583,333 and one third of the cash value of 25 Bitcoin as defined in the Stipulation, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.      Lead Counsel shall be awarded expenses in the amount of $122,022.28, with interest, as described above.

3.      Lead Plaintiff shall be awarded $10,000 as reimbursement for its lost time and expenses in connection with its prosecution of the Action.

1

4.      Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated:_____, 2025

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE