# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WINTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,<br><br>Defendants. | Case No. 1:22-cv-03088-RA |

**DECLARATION OF JONATHAN STERN ON BEHALF OF THE ROSEN LAW FIRM, P.A. CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Jonathan Stern, hereby declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am an attorney duly licensed to practice law in New York and before this Court. I am a Partner at The Rosen Law Firm, P.A. ("Rosen Law"), court-appointed Lead Counsel for Lead Plaintiff and the Class in this litigation (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2.      A copy of Rosen Law's firm resume is attached hereto as Exhibit A.

3.      Rosen Law has been involved in the Action since its appointment on August 4, 2022, continuing throughout all other aspects of the Action.

4.      Rosen Law rendered the following legal services in connection with the prosecution

of the Action: (1) conducting a comprehensive investigation that involved, among other things, a review of publicly available information regarding the Company; (2) engaging a damages and causation expert and analyzing damages and loss causation issues; (3) defeating, in part, the Underwriter and Stronghold Motions to Dismiss; (4) conducting discovery, including the review of more than 10,000 pages of documents; (5) drafting and serving document requests on Defendants and meeting and conferring multiple times with Defense Counsel about their responses and objections to those document requests; (6) negotiating a protective order with Defense Counsel; (7) drafting an ESI Protocol and meeting and conferring and conferred with Defense Counsel about it multiple times; (8) preparing the Class Certification Motion; (9) engaging in arm's-length negotiations between experienced counsel with the assistance of a well-respected Mediator; (10) drafting and negotiating a settlement term sheet, the Stipulation (including the exhibits thereto), and Supplemental Agreement with Defendants; (11) working with a damages expert to craft a plan of allocation that treats Lead Plaintiff and all other members of the proposed Settlement Class fairly; (12) drafting the preliminary approval motion; (13) overseeing the implementation of the notice process to Settlement Class Members; and (14) drafting the motion for final approval.

5.    The Rosen Law Firm does not charge clients hourly and works exclusively on a contingency fee basis. To determine appropriate hourly rates for use in a lodestar calculation, the Rosen Law Firm relied on a compendium of hourly rates charged by complex litigation counsel for work performed in connection with bankruptcy proceedings and approved by bankruptcy courts in 2023, attached hereto as Exhibit B. This compendium is based on a research and work performed by Labaton Keller Sucharow, and filed in *Chen v. MissFresh Ltd*, 22-cv-09836-JSR (S.D.N.Y.) (Dkt. No. 149-9). The compendium lists the hourly rates approved by Courts for partners, counsel, associates, staff attorneys and paralegals.  The rates are further categorized according to three tiers,

median of lowest 25%, median, and median of highest 25%.

6.      To calculate the Rosen Law Firm's rates, Exhibit B takes the average of the 25th percentile, median, and 75th percentile hourly rates for each law firm in the compendium, and calculates the average of those rates for each tier, without adjustment for inflation. Then, the Rosen Law Firm applies a 15% discount to each of those figures, for the sake of conservatism. The Rosen Law Firm then assigns hourly rates for associates, counsel, and partners based on experience level. Associates with three years of experience or less are assigned the discounted 25th percentile rate, associates with four to six years of experience are assigned the discounted median rate, and associates with seven or more years of experience are assigned the discounted 75th percentile rate. For counsel and partners, attorneys with 15 years of experience or less are assigned the 25th percentile rate, attorneys with 16 to 22 years of experience are assigned the median rate, and attorneys with more than 22 years of experience are assigned the 75th percentile rate. For staff attorneys, each firm billed a single amount for staff attorneys. Therefore, *all staff attorneys receive 85% of the average staff attorney rate from the compendium*The chart below is a summary of time expended by the attorneys at Rosen Law on the Action, and the lodestar calculation based on the method discussed in the preceding paragraph. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm.

| Name | Title | Years of Experience | Rate | Hours | Lodestar |
|---|---|---|---|---|---|
| Laurence Rosen | Partner | 37 | $1,512 | 92 | $139,104.00 |
| Phillip Kim | Partner | 23 | $1,512 | 35.9 | $54,280.80 |
| Jonathan Horne | Partner | 16 | $1,403 | 27.1 | $38,021.30 |
| Jonathan Stern | Partner | 17 | $1,403 | 545.3 | $765,055.90 |
| Jing Chen | Partner | 14 | $1,273 | 6.7 | $8,529.10 |
| Yu Shi | Partner | 14 | $1,273 | 0.3 | $381.90 |
| Brent LaPointe | Counsel | 15 | $1,169 | 27 | $31,563.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| Erica Stone | Counsel | 12 | $1,119 | 1.1 | $1,230.90 |
| Michael Cohen | Counsel | 11 | $1,119 | 38.6 | $43,193.40 |
| Ryan Hedrick | Associate | 6 | $826 | 5.9 | $4,873.40 |
| Christie Buzzetti | Associate | 3 | $717 | 1.3 | $932.10 |
| Henry Bloxenheim | Associate | 2 | $717 | 40.8 | $29,253.60 |
| Sandra Smith | Staff Attorney | NA | $492 | 58.3 | $28,683.60 |
| Robert Meyer | Staff Attorney | NA | $492 | 226.8 | $111,585.60 |
| **Total** | | | | **1107.1** | **$1,256,688.60** |

7.      My firm performed a total of 1107.1 professional work hours in the prosecution of the Action. The total lodestar amount for my firm is $1,256,688.60.

8.      Rosen Law expended a total of $98,073.52 in un-reimbursed expenses in connection with the prosecution of the Action broken down as follows:

| Category | Expenses |
|---|---|
| Financial Expert and Legal Service Fees | $29,348.98 |
| Investigator Fees | $10,607.15 |
| Online Legal Research and Document Retrieval Fees | $4,260.48 |
| Discovery Database Hosting Fees | $4,377.60 |
| Mediation Fees | $40,000.00 |
| Postage and FedEx Fees | $75.31 |
| Service of Process Fees | $89.00 |
| Press Releases and Notice to Class Member Fees | $9,315.00 |
| **TOTAL EXPENSES:** | **$98,073.52** |

9.      The expenses set forth above are reflected in counsel's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of the Action.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this Friday, March 7, 2025, at New York, New York.

*/s/ Jonathan Stern*
JONATHAN STERN

5