# EXHIBIT 4-B

| Position | Seq# | Firms | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|---|
| Partners | 1 | Akin Gump Strauss Hauer & Feld LLP | 42 | $1,135 | $1,440 | $1,775 | $1,995 | $1,995 |
| Partners | 2 | Jones Day LLP | 2 | $1,200 | $1,250 | $1,300 | $1,350 | $1,400 |
| Partners | 3 | Kirkland & Ellis LLP | 184 | $1,035 | $1,343 | $1,495 | $1,795 | $2,255 |
| Partners | 4 | Kramer Levin Naftalis & Frankel LLP | 4 | $1,665 | $1,680 | $1,688 | $1,718 | $1,800 |
| Partners | 5 | Latham & Watkins LLP | 18 | $1,018 | $1,390 | $1,620 | $1,716 | $2,035 |
| Partners | 6 | Milbank LLP | 10 | $1,495 | $1,785 | $1,895 | $2,008 | $2,045 |
| Partners | 7 | Morrison & Foerster LLP | 10 | $1,200 | $1,219 | $1,538 | $1,713 | $2,050 |
| Partners | 9 | Paul Hasting LLP | 24 | $1,375 | $1,510 | $1,663 | $1,739 | $1,935 |
| Partners | 10 | Paul Weiss Rifkind Wharton & Garrison LLP | 18 | $1,605 | $1,929 | $2,095 | $2,175 | $2,175 |
| Partners | 11 | Quinn Emanuel Urquhart & Sullivan LLP | 21 | $1,150 | $1,385 | $1,593 | $1,770 | $2,130 |
| Partners | 12 | Skadden Arps Slate Meagher & Flom LLP | 23 | $1,196 | $1,460 | $1,526 | $1,607 | $1,960 |
| Partners | 13 | Weil Gotshall & Manges LLP | 48 | $1,450 | $1,595 | $1,710 | $1,898 | $2,095 |
| Partners | 14 | Willkie Farr & Gallagher LLP | 17 | $1,380 | $1,625 | $1,750 | $1,875 | $2,050 |
| Partners | 15 | Wilmer Cutler Pickering Hale and Dorr LLP | 11 | $1,205 | $1,350 | $1,455 | $1,550 | $1,920 |
| Average | | | | | $1,497 | $1,650 | $1,779 | |

| Discount to market rate | | | 85% | | | | | |

| | | | | | 25th | Median | 75th | |
|---|---|---|---|---|---|---|---|---|
| Partner | | | | | $1,273 | $1,403 | $1,512 | |

| Position | Seq# | Firms | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|---|
| Of Counsel | 1 | Akin Gump Strauss Hauer & Feld LLP | 37 | $990 | $1,120 | $1,320 | $1,380 | $1,500 |
| Of Counsel | 2 | Kirkland & Ellis LLP | 1 | $1,585 | $1,585 | $1,585 | $1,585 | $1,585 |
| Of Counsel | 3 | Kramer Levin Naftalis & Frankel LLP | 2 | $1,280 | $1,285 | $1,290 | $1,295 | $1,300 |
| Of Counsel | 4 | Latham & Watkins LLP | 6 | $1,300 | $1,340 | $1,460 | $1,460 | $1,575 |
| Of Counsel | 5 | Milbank LLP | 4 | $1,320 | $1,320 | $1,320 | $1,346 | $1,425 |
| Of Counsel | 6 | Morrison & Foerster LLP | 4 | $1,050 | $1,106 | $1,163 | $1,331 | $1,725 |
| Of Counsel | 8 | Paul Hasting LLP | 9 | $1,025 | $1,485 | $1,510 | $1,550 | $1,785 |
| Of Counsel | 9 | Paul Weiss Rifkind Wharton & Garrison LLP | 6 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 |
| Of Counsel | 10 | Quinn Emanuel Urquhart & Sullivan LLP | 6 | $950 | $1,215 | $1,283 | $1,350 | $1,350 |
| Of Counsel | 11 | Skadden Arps Slate Meagher & Flom LLP | 15 | $975 | $1,058 | $1,269 | $1,294 | $1,790 |
| Of Counsel | 12 | Weil Gotshall & Manges LLP | 16 | $1,250 | $1,375 | $1,375 | $1,406 | $1,425 |
| Of Counsel | 13 | Wilmer Cutler Pickering Hale and Dorr LLP | 2 | $1,250 | $1,265 | $1,280 | $1,295 | $1,310 |
| Avg | | | | | $1,317 | $1,375 | $1,412 | |
| Median | | | | | $1,303 | $1,320 | $1,365 | |

| | | | | | 25th | Median | 75th | |
|---|---|---|---|---|---|---|---|---|
| Discount to market rate | | | 85% | | | | | |
| Counsel | | | | Avg | $1,119 | $1,169 | $1,200 | |

| Position | Seq# | Firms | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|---|
| Associates | 1 | Akin Gump Strauss Hauer & Feld LLP | 57 | $535 | $790 | $905 | $1,045 | $1,250 |
| Associates | 2 | Jones Day LLP | 1 | $725 | $725 | $725 | $725 | $725 |
| Associates | 3 | Kirkland & Ellis LLP | 281 | $540 | $795 | $935 | $1,115 | $1,395 |
| Associates | 4 | Kramer Levin Naftalis & Frankel LLP | 3 | $840 | $975 | $1,110 | $1,113 | $1,115 |
| Associates | 5 | Latham & Watkins LLP | 47 | $650 | $830 | $1,065 | $1,140 | $1,295 |
| Associates | 6 | Milbank LLP | 19 | $695 | $860 | $860 | $1,023 | $1,200 |
| Associates | 7 | Morrison & Foerster LLP | 10 | $810 | $830 | $930 | $1,074 | $1,135 |
| Associates | 9 | Paul Hasting LLP | 36 | $505 | $841 | $930 | $1,164 | $2,016 |
| Associates | 10 | Paul Weiss Rifkind Wharton & Garrison LLP | 37 | $825 | $825 | $1,125 | $1,270 | $1,380 |
| Associates | 11 | Quinn Emanuel Urquhart & Sullivan LLP | 30 | $575 | $842 | $905 | $1,104 | $1,315 |
| Associates | 12 | Skadden Arps Slate Meagher & Flom LLP | 51 | $495 | $833 | $1,017 | $1,148 | $2,019 |
| Associates | 13 | Weil Gotshall & Manges LLP | 112 | $690 | $910 | $1,065 | $1,178 | $1,345 |
| Associates | 14 | Willkie Farr & Gallagher LLP | 21 | $575 | $1,030 | $1,185 | $1,250 | $1,350 |
| Associates | 15 | Wilmer Cutler Pickering Hale and Dorr LLP | 17 | $680 | $730 | $850 | $1,005 | $1,195 |
| Average | | | | | $844 | $972 | $1,097 | |

| Discount to Market Rate | 85% | | 25th | Median | 75th | |
|---|---|---|---|---|---|---|
| | | Avg | $717 | $826 | $932 | |

| Position | Seq# | Firms | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|---|
| Staff Attorney | 1 | Paul Weiss Rifkind Wharton & Garrison LLP | 15 | $595 | $595 | $595 | $595 | $625 |
| Staff Attorney | 2 | Quinn Emanuel Urquhart & Sullivan LLP | 2 | $446 | $446 | $446 | $446 | $446 |
| Staff Attorney | 3 | Wilmer Cutler Pickering Hale and Dorr LLP | 1 | $695 | $695 | $695 | $695 | $695 |
| | | | | | $579 | $579 | $579 | |

| Discount to Market Rate | 85% | | $491.87 | |
|---|---|---|---|---|