UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK WINTER, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

STRONGHOLD DIGITAL MINING, INC., GREGORY A. BEARD, RICARDO R. A LARROUDÉ, WILLIAM B. SPENCE, B. RILEY SECURITIES, INC., COWEN AND COMPANY, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, D.A. DAVIDSON & CO., COMPASS POINT RESEARCH & TRADING, LLC, and NORTHLAND SECURITIES, INC.,

                Defendants.

22-CV-3088 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      No later than April 9, 2025, Plaintiff's counsel shall submit a letter clarifying whether the portion of the proposed attorneys' fees that represents one-third of the value of 25 Bitcoins is intended to be paid either: (1) in a lump sum; or (2) in installments, in accordance with the payment schedule set forth in paragraph 6 of the settlement agreement.

SO ORDERED.

Dated:     April 8, 2025
             New York, New York

                                                          Ronnie Abrams
                                                            United States District Judge